## Commonwealth ex rel. Blattenberger v. Ashe, Warden.

PER CURIAM, April 13, 1939:

The Superior Court having passed* on the subject-matter of the petition, the prayer of the petition is refused.

---

* Reported in 133 Pa. Superior Ct. 509.